HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
ROBERT JUDD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:16-CR-00019-EFB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO VACATE BENCH TRIAL AND SET FOR NEW CHANGE OF PLEA HEARING DATE |
| ROBERT JUDD, | |
| Defendant. | Date: February 23, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between United States Attorney Phillip A. Talbert, through Special Assistant United States Attorney Robert Artuz, attorney for Plaintiff, through Chief Assistant Federal Defender Linda Allison, attorney for Robert Judd, that the bench trial scheduled for February 23, 2017 be vacated, and that a change of plea hearing be set on April 6, 2017 at 2:00 p.m.

This continuance is necessary as defense counsel is still evaluating evidence and needs time to hold discussions with her client in furtherance of resolution.

DATED: February 15, 2017                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/Linda Allison
                                            LINDA ALLISON
                                            Chief Assistant to the Federal Defender
                                            Attorneys for Defendant
                                            ROBERT JUDD

1  DATED: February 15, 2017        PHILLIP A. TALBERT
                                   United States Attorney
2
3                                  /s/Robert Artuz
                                   ROBERT ARTUZ
4                                  Special Assistant U.S. Attorney
                                   Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, that the bench trial set for February 23, 2017 at 10:00 a.m. is vacated, and that the change of plea hearing is set for April 6, 2017 at 2:00 p.m.

Dated:  February 15, 2017

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

Stipulation and [Proposed] Order to Vacate          -2-
Bench Trial and Set for New Change of Plea
Hearing Date